## LESHER v. ROESSNER.

*Attorney — lien of upon judgment — Notice.*

Where a judgment was wholly for costs, *held*, that the attorney for the judgment creditor had a lien upon the judgment to the whole amount (*McGregor* v. *Comstock*, 28 N. Y. 237), and the record of the judgment was notice to all parties to the action that the attorney had such a lien.

APPEAL by defendant from a judgment in favor of plaintiff entered upon a verdict directed by the court.

The action was brought by Stephen R. Lesher and others against Egidius Roessner to recover a balance of account for goods sold and delivered.

*Francis C. Devlin*, for appellant.

*C. J. G. Hall*, for respondents.

LAWRENCE, J.

The only point not of fact passed upon is stated fully in the head-note.

*Judgment affirmed.*